UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

February 10th, 2025

Alex Rahin,

Plaintiff,

v.

Yuki Nakamura,

Defendant.

Case No.: 3:25-cv-05069-BHS

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alex Rahin hereby voluntarily dismisses this action without prejudice against Defendant Yuki Nakamura.

As of the date of this filing, Defendant has not filed an answer or a motion for summary judgment in this matter. Accordingly, dismissal is proper without a court order and is effective immediately upon filing.

Each party shall bear its own costs, expenses, and attorney's fees.

Respectfully submitted,

Dated: February 10, 2025

Signature: Alex Rahin    _____

Alex Rahin, Plaintiff, Pro Se

45E Westbourne Gardens

London, W2 5NR, United Kingdom

rahinalex@gmail.com

+44 7458 995333